# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| TONYA ANN KURIGER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:22-cv-34 |
| | * | |
| v. | * | |
| | * | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | * | |
| | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 14. Plaintiff did not file Objections to this Report and Recommendation, despite being granted an extension of time to do so. Dkt. Nos. 15, 16. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's Motion to Dismiss, **DISMISSES** Plaintiff's Complaint, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal.

**SO ORDERED**, this ___2___ day of ___March___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2