AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TONYA ANN KURIGER,

Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-34

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 2, 2023, Defendant's motion to dismiss is granted, and Plaintiff's complaint is dismissed. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

_____
Date: March 6, 2023

John E. Triplett, Clerk of Court

_____
(By) Deputy Clerk

GAS Rev 10/2020